| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | FILED in the Middle District of North Carolina 12/14/2022 2:45 p.m. Clerk, US District Court By: _____AT_____ | DOCKET NUMBER *(Tran. Court)* 0206/1:21CR00067-001 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* 1:22CR395-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Stephanie Laskin | DISTRICT Northern District New York | DIVISION ALBANY |
|---|---|---|
| | NAME OF SENTENCING JUDGE Hon. Thomas J. McAvoy | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 10/24/2022    TO 10/23/2025 |

**OFFENSE**

18 U.S.C. § 371, 42 U.S.C. §§ 7412 & 7413(c)        Conspiracy to Violate the Clean Air Act and to Defraud the United States

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Northern District of New York"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of North Carolina upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

11/16/22  _____  *Thomas J. McAvoy*
Date                                                                      United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Middle District of North Carolina

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

December 12, 2022  _____
Effective Date                                                  United States District Judge